IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ROSS, et al.,** | )<br>) Civil Action No. 4:21-cv-00292<br>**Plaintiffs,**                )<br>) NOTICE OF VOLUNTARY<br>v.                                              ) DISMISSAL OF DEFENDANT<br>) ETORO USA SECURITIES, INC.<br>**ROBINHOOD FINANCIAL, LLC, et al.,** ) PURSUANT TO FED. R. CIV. P.<br>) 41(a)(1)(A)(i)<br>**Defendants**          ) |

Please take notice that Plaintiffs, RYAN ZACHARY ROSS, ERIKA MERCADO, C. LOUIS BUNYA, and DREW HUNNICUTT, by their counsel, hereby voluntarily dismiss the above-captioned action against Defendant, ETORO USA SECURITIES, INC., *without prejudice* pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The dismissal is without costs to any party and this notice may be filed with the Clerk of the Court without further notice.

Dated March 2, 2021

Respectfully submitted,

By: */s/ Gabriel A. Assaad*
Gabriel A. Assaad
Texas Bar No. 24076189
gassaad@mcdonaldworley.com
McDonald "Don" Worley
Texas Bar No. 24003208
don@mcdonaldworley.com
Matthew S. Yezierski
Texas Bar No. 24076989
matt@mcdonaldworley.com
McDonald Worley, PC
1770 St. James St., Suite 100
Houston, TX 77056
(713) 523-5500 – telephone
(713) 523-5501 – facsimile

William R. Ogden  
Texas Bar No. 24073531  
bill@fbtrial.com  
Mark D. Bankston  
Texas Bar No. 24071066  
mark@fbtrial.com  
Farrar & Ball LLP  
1117 Herkimer St.  
Houston, TX 77008  
(713) 221-8300 - telephone  
(713) 221-8301 - facsimile  

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel and parties of record.

/s/ Gabriel A. Assaad  
Gabriel A. Assaad