United States District Court
Southern District of Texas
**ENTERED**
March 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RYAN ZACHARY ROSS**, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-292 |
| § | |
| **ROBINHOOD FINANCIAL, LLC,** *et al*, § § | |
| Defendants. § | |

# ORDER

Plaintiffs have filed voluntarily dismissed all claims without prejudice against Defendant Etoro USA Securities, LLC only (Doc. 6.) In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims again Defendant Etoro only are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on March 3, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE