United States Courts
Southern District of Texas
FILED
March 08, 2021
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RYAN ZACHARY ROSS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLY FINANCIAL INC. et al., <br><br> Defendants. | Civil Action No. **4:21-cv-00292** |

**DEFENDANT APEX CLEARING CORPORATION'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Apex Clearing Corporation hereby certifies that Apex Clearing Holdings LLC and PEAK6 Investments LLC are parent corporations of Apex Clearing Corporation. Apex Clearing Corporation further certifies that no publicly held corporation has a 10% or greater ownership interest in Apex Clearing Corporation.[1]

Dated: March 5, 2021

Respectfully submitted,

*/s/ Jack E. Pace III*
Jack E. Pace III (*pro hac vice forthcoming*)
Bryan D. Gant (*pro hac vice forthcoming*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
Fax: (212) 354-8113

---

[1] Apex Clearing Corporation has not yet responded to the Complaint in this matter. In filing this Statement, Apex Clearing Corporation does not waive, and instead expressly preserves, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon the lack of personal jurisdiction over it.

E-mail: jpace@whitecase.com
E-mail: bgant@whitecase.com

J. Mark Gidley (*pro hac vice forthcoming*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel:     (202) 626-3600
Fax:    (202) 639-9355
E-mail: mgidley@whitecase.com

Heather M. Burke *(pro hac vice forthcoming)*
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Tel:     (650) 213-0300
Fax:    (650) 213-8158
E-mail: hburke@whitecase.com

*Counsel for Defendant Apex Clearing Corp.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 5, 2021, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

Executed:  March 5, 2021     */s/ Jack E. Pace III*
                  Jack E. Pace III